DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787
Email: *roger.wenthe@usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:94-CR-239-LDG-VCF |
| v. | ) |
| FERDINAND BUNGAY, | ) |
| Defendant. | ) |

**MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Roger W. Wenthe, Assistant United States Attorney, and moves this Honorable Court for an order to vacate the Supplementary Proceedings (Judgment Debtor Examination) scheduled for December 4, 2014 at 1:00p.m.  This motion is made because the United States Marshal Service or private service was unable to locate the defendant Ferdinand Bungay.

DATED this 19th day of November, 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>          Plaintiff,                            )<br>                                                          )<br>     v.                                             )<br>                                                          )<br>FERDINAND BUNGAY,                   )<br>                                                          )<br>          Defendant.                          ) | Case No. 2:94-CR-239-LDG-VCF |

**ORDER TO VACATE JUDGMENT
DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for December 4, 2014 at 1:00p.m. be granted.

DATED this day of ___November 19,___ 2014.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

_/s/ Roger W. Wenthe_
ROGER W. WENTHE
Assistant United States Attorney